UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH F. OLIVERES,

              Plaintiff,

                                              Case No. 07-CV-15201

vs.                                        HON. GEORGE CARAM STEEH

JOE V. SUTTON, et al.,

              Defendants.
_____/

ORDER DENYING AS MOOT PLAINTIFF'S JANUARY 7, 2008
MOTION FOR ENTRY OF RECENTLY RECEIVED EXHIBITS (#5)

Plaintiff Joseph Oliveres' claims as alleged in a December 6, 2007 pro se IFP complaint were dismissed on January 7, 2008 pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Oliveres filed the instant motion on January 7, 2008. Consistent with the order of dismissal, Oliveres' motion for entry of recently received exhibits is hereby DENIED as MOOT.

SO ORDERED.

Dated: January 8, 2008

                                        s/George Caram Steeh_____
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 8, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk