UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH F. OLIVERES,

    Plaintiff,

vs.

Case No. 07-CV-15201
HON. GEORGE CARAM STEEH

JOE V. SUTTON, et al.,

    Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff Joseph Oliveres, appearing IFP and pro per, moves for reconsideration of this court's January 7, 2008 Order dismissing his claims pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and for failing to state a claim on which relief may be granted. Oliveres' motion fails to demonstrate a palpable defect by which the court and the parties have been mislead. E.D. Mich. LR 7.1(g)(3). Accordingly,

Oliveres' motion for reconsideration is hereby DENIED.

SO ORDERED.

Dated: January 10, 2008

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 10, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk